UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80525-CIV-MARRA

PATRICIA ABRAM-ADAMS,

    Plaintiff,

vs.

CITIGROUP, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiff's Motion to Appeal In Forma Pauperis. (DE 7).  The Court has carefully considered the motion and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion to Appeal In Forma Pauperis (DE 7) is **GRANTED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 12th day of August, 2011.

_____
KENNETH A. MARRA
United States District Judge